# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BILL GREEN,<br><br>*Plaintiff*<br>v.<br>ANDREW WHEELER, in his official capacity as Acting Administrator, United States Environmental Protection Agency,<br><br>*Defendant* | Civil Action No. 4:17-cv-5034-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Plaintiff. No later than October 15, 2018, EPA shall take action on Plaintiff's September 1, 2016 administrative petition requesting that EPA object to the Title V operating permit issued to the U.S. Department of Energy's Hanford Site by the Washington State Department of Ecology on July 28, 2016, Permit No. 00-05-006, Renewal 2, Revision B.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvadore Mendoza, Jr.  on the parties' Joint Motion for Entry of Stipulated Judgment (ECF No. 45).


Date: August 10, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb